

# Case #2020CI19387

**Name**: JACQUE CALLANEN

**Date Filed** : 10/6/2020

**Case Status** : PENDING

**Litigant Type** : DEFENDANT

**Court** : 045

**Docket Type** : OTHER CIVIL CASES

**Business Name** :

**Style** : TEXAS ORGANIZING PROJECT ET AL

**Style (2)** : vs JACQUE CALLANEN

# Case History

*Currently viewing 1 through 1 of 00001 records*

| Sequence | Date Filed | Description |
| --- | --- | --- |
| P00001 | 10/6/2020 | PETITION |