IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ORGANIZING PROJECT; MOVE TEXAS CIVIC FUND; and JENNIFER K. FALCON, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-20-CV-1189-FB |
| JACQUE CALLANEN, in Her Official Capacity as the Bexar County Elections Administrator; JUDGE NELSON WOLFF, in His Official Capacity as Bexar County Judge; COMMISSIONER SERGIO RODRIGUEZ, in His Official Capacity as Bexar County Commissioner; COMMISSIONER JUSTIN RODRIGUEZ, in His Official Capacity as Bexar County Commissioner; COMMISSIONER KEVIN WOLFF, in His Official Capacity as Bexar County Commissioner; COMMISSIONER TOMMY CALVERT, in His Official Capacity as Bexar County Commissioner, | § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER REQUIRING RESPONSE TO MOTION TO REMAND TO BE FILED BY 4 P.M. TODAY

Before the Court is the Plaintiffs' Opposed Emergency Motion to Remand filed at 1:09 a.m. CDT on October 7, 2020 (docket #2), in response to the Notice of Removal filed by the defendants at 6:43 p.m. CDT on October 6, 2020 (docket #1).

Given that time is of the essence in this case, if defendants wish to file a response to Plaintiffs' Opposed Motion to Remand, that response **shall be filed no later than 4 p.m. CDT today, October 7, 2020**.

It is so ORDERED.

SIGNED this 7th day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE