**FILED**

OCT 2 0 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK



JEANNETTE J. CLACK
CLERK OF COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
655 East Cesar E. Chavez Blvd., Rm G-65
San Antonio, Texas 78206

PHILIP J. DEVLIN
CHIEF DEPUTY

October 8, 2020

Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

    I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 45th Judicial District Court of Bexar County pursuant to an Order entered remanding, by the Honorable Judge Fred Biery. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-20-CV-01189-FB; Texas Organizing Project et al v. Callanen, Bexar County Elections Administrator, et al.

    IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 8th day of September, 2020.

**FILED**
9:30 O'CLOCK A M

OCT 1 2 2020

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY_____DEPUTY

Jeannette J. Clack, CLERK

BY: _Breana Coldemuy_ (signature)

Deputy Clerk